UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re:<br><br>WB MAINTENANCE INC.<br>dba WB MAINTENANCE & REPAIR *et. al.*,<br><br>Debtors.[1] | Chapter 11<br>Subchapter V<br><br>Case No.: 1-22-41755-JMM<br>(Jointly Administered) |
|---|---|

**ORDER AUTHORIZING DEBTORS TO (I) MAINTAIN AND FILE A CONSOLIDATED CREDITOR MATRIX AND (II) GRANTING RELATED RELIEF**

Upon consideration of the motions dated July 27, 2022 of the above-captioned debtors and debtors in possession (individually, a "Debtor" and collectively, the "Debtors") in their chapter 11 cases for entry of an order (this "Order"), authorizing the Debtors to maintain and file a consolidated creditor matrix pursuant to sections 105(a) and 521 of title 11 of the United States Code (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 1007 and 2002, and Local Bankruptcy Rules 1007-1 and 1007-3 (the "Local Rules") [ECF No. 8] (the "Creditor Matrix Motion"), all as more fully set forth in the Creditor Matrix Motion; and upon the Local Rule 1007-4 Affidavits submitted by each Debtor in its respective case, and in support of the Creditor Matrix Motion; and the Creditor Matrix Motion having complied with Local Bankruptcy Rule 9013-1; and due and proper notice of the Creditor Matrix Motion having been given; and it appearing that no other or further notice of the Creditor Matrix Motion is required; and it appearing that the Court has jurisdiction to consider the Creditor Matrix Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the Eastern District of New York, dated December 5, 2012;

---

[1] The debtors in these chapter 11 cases, along with their respective case numbers and the last four digits of each debtor's employer identification number are: W.B. & Son Construction Corp., Case No. 1-22-41758 (6909); WB Maintenance & Design Group Inc., Case No. 1-22-41759 (7375); WB Maintenance Inc., Case No. 1-22-41755 (2958); WB Maintenance and Repair Group, Case No. 1-22-41757 (1003); and Go-Pro Maintenance Inc., Case No. 1-22-41756 (4160).

and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Creditor Matrix Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Creditor Matrix Motion and having heard the statements in support of the relief requested therein at a hearing before the Court on August 1, 2022 (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Creditor Matrix Motion and at the Hearing establish cause for the relief granted herein; and the Court having found that the relief requested in the Creditor Matrix Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor; it is hereby:

**ORDERED**, that the Creditor Matrix Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that notwithstanding any provision in the Bankruptcy Code, the Bankruptcy Rules, or the Local Rules to the contrary, this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED**, that the Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Creditor Matrix Motion; and it is further

**ORDERED**, that each Debtor, including Debtor WB Maintenance, Inc. dba WB Maintenance & Repair, shall file a nonconsolidated creditor matrix in its respective case; and it is further

**ORDERED**, that Debtor WB Maintenance Inc. dba WB Maintenance & Repair shall also file on the docket of its case, a consolidated creditor matrix that includes all creditors from each Debtor's chapter 11 case; and it is further

**ORDERED**, that the Court may retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.



Dated: Brooklyn, New York
August 18, 2022

_____
Jil Mazer-Marino
United States Bankruptcy Judge