UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>WB MAINTENANCE INC.<br>dba WB MAINTENANCE & REPAIR, *et. al.*,<br><br>Debtors.[1] | Chapter 11<br>Subchapter V<br><br>Case No.: 1-22-41755-JMM<br>(Jointly Administered) |

### ORDER SCHEDULING HEARING ON SHORTENED NOTICE ON DEBTOR'S MOTION TO REMOVE SUBCHAPTER V OF CHAPTER 11 DESIGNATION

**WHEREAS**, on November 16, 2022, the above-captioned debtors and debtors-in-possession (the "Debtors") filed a Motion to Remove Subchapter V of Chapter 11 Designation and Proceed Under Chapter 11 [ECF No. 72] (the "Motion") seeking an order removing the Subchapter V of Chapter 11 election for the three inactive Debtors in cases 1-22-41755, 1-22-41758, and 1-22-41759; and

**WHEREAS**, the Debtors filed the Motion seeking an expedited hearing on the Motion and limiting notice of the Motion and expedited hearing [ECF No. 73]; and

**WHEREAS**, the Court having found that cause exists for an expedited hearing on, and limited notice of, the Motion.

**NOW, THEREFORE**, it is hereby:

**ORDERED**, that the Court will hold a hearing (the "Hearing") before the Honorable Jil Mazer-Marino at the United States Bankruptcy Court for the Eastern District of New York, 271-

---

[1] The Debtors in these chapter 11 cases, along with their respective case numbers and the last four digits of each Debtor's employer identification number are: WB Maintenance Inc., Case No. 1-22-41755 (2958); Go-Pro Maintenance Inc., Case No. 1-22-41756 (4160); W.B. Maintenance & Repair Corp., Case No. 1-22-41757 (1003); W.B. & Son Construction Corp., Case No. 1-22-41758 (6909); and WB Maintenance & Design Group Inc., Case No. 1-22-41759 (7375).

C Cadman Plaza East, Brooklyn, New York 11201 on **November 30, 2022 at 10:45 a.m.**; and it is further

**ORDERED**, that the Hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Debtors are directed to serve the Motion and this Order by (a) overnight mail or hand delivery and (b) email or facsimile (to the extent email and facsimile information is available) on Salvatore LaMonica, Esq., the Subchapter V Trustee, United States Trustee, and all creditors and parties in interest no later than **November 23, 2022** and to file proof of service of this Order and the Motion by **November 28, 2022**; and it is further

**ORDERED**, that objections or responses to the Motion shall be in writing and be both filed with the Court and served on the Debtors so as to be received by **November 28, 2022**. All replies shall also be in writing and be both filed with the Court and served on any objecting party so as to be received by **November 29, 2022**. The Court may entertain oral objections at the Hearing.

Dated: November 22, 2022
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge